**Annie B. McFALL, Appellant, v. RAINBOW COAL & FEED COM-PANY, Appellee.**

Court of Appeals of Kentucky

Sept. 26, 1944.

J. A. Edge for appellant.

Marshall A. Dawson and Will D. Jesse for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Oscar MUSE, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky

Oct. 10, 1944.

W. N. Flippin for appellant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Noah C. JENKINS, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky

Oct. 10, 1944.

Sylvester V. Little for appellant.

Eldon S. Dummit, Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.